IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT C. VICE,

      Petitioner,                  No. CIV S-06-0610 DFL KJM P

    vs.

SCOTT KERNAN, et al.,

      Respondents.            ORDER

_____/

      Petitioner has requested an extension of time to file objections to the December 15, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's January 3, 2007 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file objections to the December 15, 2006 findings and recommendations.

DATED: January 19, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
vice0610.111